IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 3:19-cv-76

| | |
|---|---|
| BRADLEY P. DAVIS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )     **STIPULATION OF DISMISSAL**<br>)     **WITH PREJUDICE** |
| MDC OF SMITHFIELD, INC., | )<br>) |
| Defendant. | )<br>) |

    **NOW COME** the parties to this action, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate that this action and all claims in this action are DISMISSED WITH PREJUDICE.

    This the 13th day of June, 2019.

| | |
|---|---|
| HARMAN LAW, PLLC | DAUGHTRY WOODARD LAWRENCE & STARLING |
| /s/ Michael C. Harman | /s/ Luther D. Starling, Jr. |
| Michael C. Harman | Luther D. Starling, Jr. |
| NC State Bar No. 43802 | NC State Bar No. 17603 |
| Catherine C. Byerley | Post Office Drawer 1960 |
| NC State Bar No. 42875 | Smithfield, NC 27577 |
| 8712 Lindholm Dr., Ste 300 | (919) 934-5012 (Telephone) |
| Huntersville, NC 28078 | (919) 934-9536 (Facsimile) |
| (704) 885-5550 (Telephone) | *Attorney for Defendant* |
| (704) 885-5551 (Facsimile) | |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following opposing counsel of record:

      Luther D. Starling, Jr.
      Daughtry Woodard Lawrence & Starling
      Post Office Drawer 1960
      Smithfield, NC 27577

This the 13th day of June, 2019.

      /s/ Michael C. Harman
      Michael C. Harman
      *Attorney for Plaintiff*